UNITED STATES DISTRICT COURT
156 FEDERAL STREET
PORTLAND, MAINE [04011]
Date Filed: October 1, 2012
Jury Demand by Plaintiffs
Jurisdiction: Commerical Law

Reassigned to Judge D. Brock Hornby from recused Judge Nancy Torresen, October 19, 2012

| | |
|---|---|
| F. William Messier  [Pro Se]<br>David E. Robinson  [Pro Se]<br>David E. Robinson  [AG for the<br>Maine Rupublic Free State]<br><br>            Plaintiffs.<br>     v.<br><br>Douglas H. Shulman  [Comm. of the Internal<br>   Revenue Dept. of the UNITED STATES];<br>Manual Dias Saldana  [Secretary of the<br>   Internal Revenue Service of PUERTO RICO];<br>Joline P. Hendershot  [Agent of the IRS];<br>Jason S. Rogers  [Special Agent of the IRS];<br>Patrick Frie  [Agent of the IRS];<br>Susan M. Collins  [U.S. Senator for Maine State]<br><br><u>CHIEF FINANCIAL OFFICER for the following:</u><br>T-MOBILE USA INC.,<br>UNITED STATES CELLULAR,<br>CROWN ATLANTIC COMPANY,<br>SPRINT UNITED MGMT CO.,<br>ATT&T MOBILITY LLC,<br>ATLANTIC COAST RADIO LLC,<br>TOWN OF BRUNSWICK,<br>MAINE RSA 1, INC.,<br>NEXTEL COMMUNICATIONS,<br>CRITICAL ALERT SYSTEMS LLC,<br>ATT&T WIRELESS SERVICES INC,<br>ACTIVE COMMUNICATIONS,<br>RADIO COMMUNCATIONS MGMT.<br><br>            Defendants | **2:12-CV-00320-DBH**<br><br><br><br><br><br><u>TESTIMONY</u><br><br><u>OF</u><br><br><u>DAVID EVERETT ROBINSON</u><br><br><u>AND</u><br><br><u>MOTION FOR RELEASE</u> |

**TESTIMONY OF DAVID EVERETT ROBINSON AND MOTION FOR RELEASE**

NOW COMES the following pro se Plaintiffs: (1) F. William Messier (2) David E. Robinson (3) Maine Republic Free State, by David E. Robinson, presenting the following Testimony of David Everett Robinson and Motion for Release for the Record and for the People of the United States . . .

1. Five years ago, in 2007, I, David Everett Robinson, drove from Brunswick, Maine, on the midcoast of Maine, to Plainfield, New Hampshire, on the New Hampshire/Vermont border, to meet and spend the rest of the day visiting Ed and Elaine Brown; a retired exterminator and his dentist wife, who don't believe in paying an income tax.

2. As a result of their understanding and belief that income taxes are constitutionally invalid, the Browns were arrested and imprisoned, in separate federal prisons, essentially for the rest of their lives.

What went wrong?

3. Taxes weren't always such a dangerous undertaking. For a long time this country was run on very limited funds. Until the early 1800s, the government was run purely on **internal sales taxes** and revenue from a gigantic powdered wig closeout sale.

4. Then, in 1817, the government got rid of internal sales taxes and functioned solely on tariffs assessed on imported goods.

5. Man was created with the ability to create, evidenced in the brilliance of our finest moments, from medicine, to art, to science – but that all came to an end with the alleged passage of the 16th Amendment in 1913.

6. The Amendment is alleged to give Congress legal authority to tax personal income; as well as profits of corporations.

7. At that point, all the creative energy that would have gone into curing disease, designing grand buildings, creating art and music, and exploring the farthest reaches of the universe, now goes into trying to figure out a way to write off a lawnmower as a dependent, or to simply hide out at home, in New Hampshire, waiting for the tear gas to come flying through the window.

8. Here's what is really irksome about Ed and Elaine Brown's situation . . .

9. While all this was going on, many members of Congress were pushing to legalize 12 million "undocumented workers" (formerly known as "illegal aliens") while **forgiving them any back taxes owed** along with any IRS fines.

10. We talked together about the fraudulent income tax and I left them a few books.

11. Ed and Elaine Brown could have renounced their citizenship, declared themselves "undocumented workers" and pushed for the passage of an immigration "reform" bill and their tax problem would have been solved and they'd be free.

12. Until American citizens are afforded *at least* the same rights and privileges that our politicians seek for illegal aliens, the government MUST free Ed and Elaine Brown!

13. "Since 1994, we have been asking the authorities to <u>'show us the law'</u> requiring the average American to pay a tax on the fruits of our labor and they have never done so even during the trial." said Elaine Brown.

14. What started with letters; ended with men with guns coming to their house and taking them away, and putting them in prison, — and for What? No one is bound to obey an unconstitutional law!!

15. "What started as a peaceful tax protest on the property of Ed and Elaine Brown very quickly became a training camp for something else", Assistant U.S. Attorney Arnold Huftalen alleged.

16. Ed Brown's attorney, Michael Iacopino, said that his clients acquired "weapons of protection" out of fear, because they were convinced that the government was at War with its People.

17. "Ed and Elaine Brown had a reasonable basis for them to believe that the government was trying to kill them," Iacopino said.

18. They were charged with preventing federal officers from discharging their duties, conspiring against the government, possession of weapons as felons, and failing to appear for sentencing.

19. Ed said he wasn't going back to what he called a kangaroo court. They were both terrified — though they did not want it to show!

20. Ed Brown, 68, and Elaine Brown, 66, in early 2007, retreated to their home after being convicted.

21. They represented themselves, at their tax trial, contending that *no law authorizes the federal income tax* and that the 16th Constitutional Amendment of 1913 permitting the federal income tax was never properly ratified.

22. In June 2007, U.S. marshals and local, state and other federal law enforcement agents began a raid on the property.

23. Elaine Brown's lawyer, Bjorn Lange, told the jury that the aborted raid and the massive law enforcement response that followed convinced the Browns that their lives were in danger.

24. "Elaine Brown is not a wild-eyed radical," said Lange. "She is a thoughtful, conscientious person who's tried to live by her principles."

25. "The Browns were arrested in October 2007 when they invited federal agents, posing as supporters, into their home for pizza and a beer," Huftalen said. He said the agents used Tasers to subdue the elderly couple and the only injury was a scratch above Ed Brown's eye.

26. Two years later, in 2009, additional charges were brought against the Browns for the time they had spent sequestered on their property.

27. In July, they were found guilty of a number of other offences relating to not allowing the Marshals to do their official duties regarding serving arrest warrants against the Browns.

28. Ed and Elaine were sentenced to 35 and 37 years respectfully. They are both currently still in prison (2012); Ed is in Illinois and Elaine is in Texas, and are not due to be released until they are each 102 years of age. This is nothing but a death sentence for them!

29. **Right accross the street from the Browns' property is a 550 acre piece of property owned by Associate Justice Stephen Breyer, one of the seven men who wears a black robe in the U.S. Supreme Court.  I wonder who owns and contols the Browns' many acres now?**

30. Before this happened, Ed had a conversation with Breyer about the tax issue, and Breyer said that he couldn't discuss any of the U.S. tax issues "unless he was seated on the bench."

31. He *could* have said — as a good neighbor — that he would look into it further for Ed. So who's the radicals in this case? The Browns; or the FEDS?

32. Is victimizing peaceful people something to be proud of? Who is the victim? Where is the victim? Who has been damaged?

33. Do Ed and Elaine deserve to be in a cage until they are 102 years old; if they are even around by that time?

34. They have harmed no one. They're the victims; not the United States. They decided to keep what they had earned.

35. The IRS people rely on fear; they rely on their ability to scare you into compliance with illegal and unlawful laws.

36. The authorities do not worry about costs. After all, they and their colleagues function on the money that they steal from us.

37. Ed said, "Show me the law, and I'll pay you the tax, right now! They never did . . . what would be easier just to show us the law rather than go through all this agony and expense?"

38.   THEREFORE, in the interest of <u>American Justice</u> and the <u>Grace of God</u>, and the information provided in Dockets No. 53 & 54, and the precedent established in the Testimony of Marcella Brooks in Docket No. 64, I, David Everett Robinson, hereby Move (<u>Demand</u>) that this Court order the RELEASE of Ed and Elaine Brown for good time served in exchange for my personal Mutual Offset Credit Exemption Exchange (MOCEE) for the discharge and settlement of all prison bonds connected with the immediate release of Ed and Elaine Brown from incarceration and the restoration of their personal-property equity to them.



Respectfully,
*All Right Reserved*
**/s/ *David Everett Robinson***
David E. Robinson, *pro se*
*non assumpsit*

CERTIFICATE OF SERVICE

I hereby certify that on December _7,_ 2012 I filed the foregoing with the Clerk of Court and provided notice by U.S. Mail, postage prepaid, to the following (20) non-ECF-registered parties:

Office of the Clerk
United States District Court
156 Federal Street
Portland, ME  04101

T-Mobile USA, Inc.
12920 SE 38th Street
Bellevue, WA  98006

United States Cellular
8410 West Bryn Mawr #700
Chicago, IL  60631

Crown Atlantic Company
2000 Corporate Drive
Cannonsburg, PA  15317

Sprint United Mgmt Co.
12502 Sunrise Valley Drive
Mailbox Varesa  0204 2c330
Restone, VA  20191

AT&T Mobility, LLC
909 Chestnut Street
St. Louis, MO  63101

Atlantic Coast Radio, LLC
779 Warren Avenue
Portland, ME  04103

Brunswick, Town of
28 Federal Street
Brunswick, ME  04011

Nextel Communications
201 Rt. 17N, 12th Floor
Rutherford, NJ  07070

Critical Alert Systems, LLC
100 Larrabee Rd., Suite 150
Westbrook, ME  04092

AT&T Wireless Services, Ind.
16331 NE 72nd Way
Redmond, WA  98052

Active Communications
12 First Street, Suite 5
Topsham, ME  04086

Radio Communications Mgmt.
158 Rand Road
Portland, ME  04101

Sheriff Kevin J. Joyce
36 County Way
Portland, ME  04012

Chief Deputy Naldo S. Gagnon
36 County Way
Portland, ME  04012

Jason S. Rogers, Special Agent
Internal Revenue Service
220 Maine Mall Road
South Portland, ME  04106

Patrick Frie, Agent
Internal Revenue Service
220 Maine Mall Road
South Portland, ME  04106

Joline P. Hendershot, Agent
Internal Revenue Service
217 Main Street
Lewiston, ME  04240

United State Senate
c/o Sen. Susan M. Collins
One Canal Plaza, Suite 802
Portland, ME  04101

Sandy & Everett Reynolds
252 Cemetary Road
Vassalboro Maine  04989

3 Linnell Circle, Brunswick, Maine, drobin88@comcast.net, 207-798-4695, **/s/ David E. Robinson**