UNITED STATES DISTRICT COURT
156 FEDERAL STREET
PORTLAND, MAINE [04011]
Date Filed: October 1, 2012
Jury Demand by Plaintiffs
Jurisdiction: Commerical Law

Reassigned to Judge D. Brock Hornby from recused Judge Nancy Torresen, October 19, 2012

| | |
|---|---|
| F. William Messier (*sui juris*)<br>David E. Robinson (*sui juris*)<br>David E. Robinson (AG for . . .<br>THE MAINE REPUBLIC FREE STATE)<br><br>            Plaintiffs.<br>  v.<br><br>Douglas H. Shulman (Comm. of the Internal<br>   Revenue Dept. of the UNITED STATES);<br>Manual Dias Saldana (Secretary of the<br>   Internal Revenue Service of PUERTO RICO);<br>Joline P. Hendershot (Agent of the IRS);<br>Jason S. Rogers (Special Agent of the IRS);<br>Patrick Frie (Agent of the IRS);<br>Susan M. Collins (U.S. Senator for Maine State)<br><br><u>CHIEF FINANCIAL OFFICERS for the following:</u><br>T-MOBILE USA INC.,<br>UNITED STATES CELLULAR,<br>CROWN ATLANTIC COMPANY,<br>SPRINT UNITED MGMT CO.,<br>ATT&T MOBILITY LLC,<br>ATLANTIC COAST RADIO LLC,<br>TOWN OF BRUNSWICK,<br>MAINE RSA 1, INC.,<br>NEXTEL COMMUNICATIONS,<br>CRITICAL ALERT SYSTEMS LLC,<br>ATT&T WIRELESS SERVICES INC,<br>ACTIVE COMMUNICATIONS,<br>RADIO COMMUNCATIONS MGMT.<br><br>            Defendant | **2:12-CV-00320-DBH**<br><br><br><br><u>MOTION TO PAY THE PIPER</u><br><br><u>AND</u><br><br><u>GO TO PEACE</u> |

**MOTION TO PAY THE PIPER AND GO TO PEACE**

NOW COMES the following pro se Plaintiffs: (1) F. William Messier (2) David E. Robinson (3) Maine Republic Free State, by David E. Robinson, presenting the following - Motion to Pay the Piper and go to Peace - for the Record and for the People of the United States . . .

**UNITED STATES DISTRICT COURT Portland Maine - 2:12-CV-00320-DBH**      1

1. On 12/02/2011 the MAINE REPUBLIC FREE STATE accepted permanent custody of the FRANCIS WILLIAM MESSIER ESTATE in Brunswick, Cumberland County, Maine, whereby FRANCIS WILLIAM MESSIER assigned all of his material possessions and property — in trust — to the MAINE REPUBLIC FREE STATE irrevocable pure trust per Uniform Commercial Code Electronic Filing Acknowledgment UCC-1 File Number: 2110002096998-37.  See ECF 54 and attachment # 1 .

2. This assignment included among other items of value and conditions:

REAL ESTATE, 00039 TOWER LANE / MAP ID: 012-043-000-002 / VISION ID: 581 / 5,900,

REAL ESTATE, 00056 TOWER LANE / MAP ID: 012-043-000-007 / VISION ID: 586 / 37,800,

REAL ESTATE, 00040 TOWER LANE / MAP ID: 012-043-000-001 / VISION ID: 580 / 204,2005.

3. This entrustment was placed into the ownership, management and care of trustees: DAVID EVERETT ROBINSON SR., JOHN ROLAND VALONIS and DENNIS CLEMENT BANKS.

4. Therefore, all of the funds that Messier's Payers are sending or have sent to the Internal Revenue Service (IRS) were contracted lease payments that were actually due and payable to the MAINE REPUBLIC FREE STATE [PURE TRUST].

5. Let the Attorneys for the Defendants take note that at no time prior to the conclusion of this case have the trustees of the MAINE REPUBLIC FREE STATES nor FRANCIS WILLIAM MESSIER threatened to shut down the Communication Towers for Breach of Trust and non-payment of rents because of the vital Necessities of Human life (police protection; fire protection, health protection, etc.), but they are extremely disturbed by the non-considerate response of the Attorneys for the Defendants in this case, while apparently leaving their clients in the dark with no say-so in this regard.

6. Therefore, the Trustees of the MAINE REPUBLIC FREE STATE [PURE TRUST] are offering the Defendants a 21 day Opportunity to Cure their default with Affidavits by 1/20/13 IN EXCHANGE for the peaceful resolution of this case before considering any further actions to obtain closure and relief.

7. In the interest of respect and honor for the Tower Lease holders of the MAINE REPUBLIC FREE STATE, I pray that everyone involved in this endeavor will CONCEDE that it is high time we put our petty objections aside; pay the piper his due; and go to peace.

    Respectfully,
    DAVID E. ROBINSON
    **/s/ David Everett Robinson**
    Authorized Representative

LET THE COURT TAKE JUDICIAL NOTICE OF THE FOLLOWING UNREBUTTED STIPULATIONS

## CAUSES OF ACTION AGAINST THE IRS

1. COUNT I:     Unlicensed Practice
2. COUNT II:    Failure to Disclose Material Facts
3. COUNT III:   Misrepresentation of Terms and Conditions
4. COUNT IV:    False or Misleading Advertising
5. COUNT V:     Exploitation of Vulnerable Individuals
6. COUNT VI:    Failure to Refund illegally taken Funds
7. COUNT VII:   Deprivation of Remedies under the Law

## JURISDICTION

8. General [Common Law] Jurisdiction per Maine Superior Court, Bath Maine

## RELIEF REQUESTED

1.  Declare the IRS in violation of 15 USC Chapter 41, Subchapter V - DEBT COLLECTION PRACTICES.
2.  Order the IRS to cease and desist violating 15 USC Chapter 41, Subchapter V - DEBT COLLECTION PRACTICES.
3.  Order Messier's (15) Payors to cease and desist sending Messier's payments to the IRS.
4.  Order Messier's (15) Payors to submit to the Court a total accounting of the funds that each one has surrendered to the IRS in this regard.
5.  Order the IRS to refund and pay twice the amount of the payments surrendered to the IRS by Messier's Payors directly to Messier within 20 days.
6.  Order the Office of Maine Senator Susan M. Collins to announce the settlement of this case in the House of Representatives in Maine and Washington, DC.
7.  Support and defend ROBINSON's right to use his MUTUAL OFFSET CREDIT EXEMPTION EXCHANGE (MOCEE) for the discharge and settlement of ALL the accounts of his friends.
8.  Such other relief as the Honorable Judge D. Brock Hornby deems proper and just.

## DAMAGE AWARDS FOR DISHONOR & DISTRESS

9. For the failure of the Maine Superior Court in Bath, Maine to resolve my Complaint . . .
    The Immediate Release of Ed & Elaine Brown from prison!!! (ECF # 66);

10. For each of the Seven counts listed in the Complaint at page three and above . . .
    $100,000.00 dollars each;

11. For Hendershot, Rogers and Frie listed at Complaint page one for their theft . . .
    $5,000.00 dollars each;

12. For each of the Fourteen Attorneys for the Payors listed at below for breach of trust . . .
    $10,000.00 dollars each;

13. For the United States Senator from Maine and Senate listed at Complaint page one . . .
    $50,000.00 dollars each;

14. For the INTERNAL REVENUE DEPT and the INTERNAL REVENUE SERVICE . . .
    $3,000,000.00 dollars each;

# Assessment

In commerce there is the Assessment aspect and the Collection aspect.

Assessment is who owes, and what, why, how and for what reasons.

The Collection aspect is based upon International commerce that has existed for more than 6000 years. The Collection aspect is based upon Jewish Law and the Jewish Grace period which is in units of three — three days, three weeks, and three months. This is why you get 90 day letters from the IRS.

Commercial proceedings are non-judicial. They are summary processes that are short, concise, and without a jury.

The IRS is the most active Commercial Collection Agency in the entire world, although the IRS is not registered to do business in any state.

Do you understand what you just read?

THE IRS IS NOT REGISTERED TO DO BUSINESS IN ANY STATE.

So how do they get all the money they get? Because you give it to them without demanding proof of their claim, or even if they are "licensed" to give you offers (bills) based on illegal "arbitrary" estimations.

THERE IS NO VALID ASSESSMENT.

The IRS cannot issue a valid assessment. The IRS has never issued a valid assessment lien of levy. It's not possible.

First of all, there would have to be paperwork, a True Bill in Commerce. There would have to be a sworn Affidavit by someone that an assessment is true, correct and complete, and not meant to deceive, which in commerce is, "the truth, the whole truth and nothing but the truth" in a court of law.

Now, nobody in the IRS is going to take commercial liability for exposing themselves to a lie and have a chance for people to come back at them with a True Bill in Commerce, a true accounting of their default.

This means that they would have to set forth the contract, the foundational instrument with your signature on it, in which you are in default, and list the goods and services that they have provided to you, which you owe them for — a statement of all the damages that you have caused them, for which you owe them something.

No one has ever received goods or any service from the IRS. The assessment phase of the IRS is non-existent; it is a complete fraud.

This is why the rules of Commercial Law come to our rescue. This is the beginning and this is the end; this closes the circle on the process.

# The Crime

One reason by the super rich bankers and the super rich people in the world have been able to steal the world and subjugate and plunder it, and bankrupt it, and make chattel property out of most of us, is because they know and use the rules of Commercial Law, and we don't.

We don't know the rules, nor use them. We don't know what the game is. We don't know what to do to prevent the theft.

We don't know how to invoke and protect our rights, our remedies, and insist on recourse. We do everything under the sun except the one and only thing that is the solution.

No one is going to explain to you what and how this is happening to you. That will never happen. The powers-that-be will not divulge the rules of the game. They get away with fraud and steal everything from the people because no one knows what to do about the crime.

What CAN you do about it? WELL, YOU CAN ISSUE A COMMERCIAL AFFIDAVIT. You don't have to call it that, but that's what it is.

You can state in your affidavit that, "I have never been presented with any sworn affidavit that would provide validity to your assessment, and it's my understanding and belief that no such paperwork exists."

At the end of this document, you can put implicit demands upon them. Then you can state, "Should you consider my position in error, please respond within the next 10 days with your reasons why."

Now they have to come back with an affidavit that rebuts your affidavit point for point, which means that they have to provide the paper work with the real assessment, the true bill in commerce, the real sworn affidavits that would make their assessment or claims against you valid.

No agent or attorney of a fictitious entity can sign any affidavit for the corporation.

How can they swear as fact that the corporation has done or not done ANYTHING? They do not have legal standing. They cannot and never will provide you with this. This means that your affidavit stands as truth in commerce.

## BASIS OF THIS COMPLAINT

CONSPIRACY TO COMMIT FRAUD
UNLAWFUL SEIZURE OF PRIVATE PERSONAL PROPERTY
FRAUDULENTLY MISLEADING THIRD PARTY PAYORS
MULTIPLE VIOLATIONS OF THE U.S. FAIR DEBT COLLECTION PRACTICES ACT
TREASON AGAINST THE UNITED STATES REPUBLIC AND THE PEOPLE OF THE UNITED STATES

### BIBLICAL SOURCE

1. *Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10:7; II Tim. 2:6.*

2. *God's Law; Natural and Moral law; Exodus 21:23-25; Lev. 24: 17-21; Deut. 1:17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25.*

3. *Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8.*

4. *Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5:12.*

5. *1 Pet. 1:25; Heb. 6:13-15.*

6. *Heb. 6:16-17.*

7. *Heb. 4:16; Phil. 4:6; Eph. 6:19-21.*

8. *Book of Job; Mat. 10:22.*

9. *No willingness to sacrifice = no liability, responsibility, authority or measure of conviction; "nothing ventured nothing gained."*

10. *Gen. 2-3; Matthew 4; Revelation.*

### 10 MAXIMS OF LAW

1. A workman is worthy of his hire.

2. All men are equal under the law.

3. In commerce truth is sovereign.

4. Truth is expressed in the form of an affidavit.

5. An unrebutted affidavit stands as truth in commerce.

6. An unrebutted affidavit becomes judgement in commerce.

7. A matter must be expressed to be resolved.

8. He who leaves the field of battle first loses by default.

9. Sacrifice is the measure of credibility

10. A lien or claim can be satisfied only through rebuttal by affidavit point by point, by jury, or by payment or performance of the claim.

## 11
## The United States is Bankrupt

America's been bankrupt since March 9, 1933 thanks to FDR's HJR 192.

Why is today's dollar worth two cents compared to a 1913 dollar? Why did FDR steal Americans' gold the following year? Why do Americans each allegedly owe $330,000 to the Federal Reserve today? Why are more and more Americans declaring bankruptcy today? Why is America becoming increasingly tyrannical? Why is the left-right dialectic fake? Why are foreclosures plaguing the country today? Why is privacy becoming non-existent? Why is America, as well as the rest of the world, a collectivist socialistic dictatorship?

The answers to these questions and more lie in James Traficant's speech to the House on March 17, 1993. This one speech is all you need, to understand the deep doo doo the world is now in.

The problem is that the Feds have taken over the country on behalf of the Federal Reserve. Thomas Jefferson warned about the dangers of allowing private banks, like the Fed, to issue the nation's money supply, yet that is what is happening today.

You can't pay for anything with debt; that is the scam in place now. With fractional reserve lending, the monetizing of debt, and the charging of interest, the debt will never be paid off.

## CERTIFICATE OF SERVICE

    I hereby certify that on December _27,_ 2012 I filed the foregoing with the Clerk of Court and provided notice by U.S. Mail, postage prepaid, to the following (20) non-ECF-registered parties:

Office of the Clerk
United States District Court
156 Federal Street
Portland, ME  04101

T-Mobile USA, Inc.
12920 SE 38th Street
Bellevue, WA  98006

United States Cellular
8410 West Bryn Mawr #700
Chicago, IL  60631

Crown Atlantic Company
2000 Corporate Drive
Cannonsburg, PA  15317

Sprint United Mgmt Co.
12502 Sunrise Valley Drive
Mailbox Varesa  0204 2c330
Restone, VA  20191

AT&T Mobility, LLC
909 Chestnut Street
St. Louis, MO  63101

Atlantic Coast Radio, LLC
779 Warren Avenue
Portland, ME  04103

Brunswick, Town of
28 Federal Street
Brunswick, ME  04011

Nextel Communications
201 Rt. 17N, 12th Floor
Rutherford, NJ  07070

Critical Alert Systems, LLC
100 Larrabee Rd., Suite 150
Westbrook, ME  04092

AT&T Wireless Services, Ind.
16331 NE 72nd Way
Redmond, WA  98052

Active Communications
12 First Street, Suite 5
Topsham, ME  04086

Radio Communications Mgmt.
158 Rand Road
Portland, ME  04101

Sheriff Kevin J. Joyce
36 County Way
Portland, ME  04012

Chief Deputy Naldo S. Gagnon
36 County Way
Portland, ME  04012

Jason S. Rogers, Special Agent
Internal Revenue Service
220 Maine Mall Road
South Portland, ME  04106

Patrick Frie, Agent
Internal Revenue Service
220 Maine Mall Road
South Portland, ME  04106

Joline P. Hendershot, Agent
Internal Revenue Service
217 Main Street
Lewiston, ME  04240

United State Senate
c/o Sen. Susan M. Collins
One Canal Plaza, Suite 802
Portland, ME  04101

Sandy & Everett Reynolds
252 Cemetary Road
Vassalboro Maine  04989

3 Linnell Circle, Brunswick, Maine, drobin88@comcast.net, 207-798-4695, **/s/ David E. Robinson**