UNITED STATES DISTRICT COURT
156 FEDERAL STREET
PORTLAND, MAINE [04011]
Date Filed: October 1, 2012
Jury Demand by Plaintiffs
Jurisdiction: Commerical Law

Reassigned to Judge D. Brock Hornby from recused Judge Nancy Torresen, October 19, 2012

F. William Messier [Pro Se]
David E. Robinson [Pro Se]
David E. Robinson [AG for the Maine Rupublic Free State]

Plaintiffs.

v.

Douglas H. Shulman [Comm. of the Internal Revenue Dept. of the UNITED STATES];
Manual Dias Saldana [Secretary of the Internal Revenue Service of PUERTO RICO];
Joline P. Hendershot [Agent of the IRS];
Jason S. Rogers [Special Agent of the IRS];
Patrick Frie [Agent of the IRS];
Susan M. Collins [U.S. Senator for Maine State]

CHIEF FINANCIAL OFFICER for the following:
T-MOBILE USA INC.,
UNITED STATES CELLULAR,
CROWN ATLANTIC COMPANY,
SPRINT UNITED MGMT CO.,
ATT&T MOBILITY LLC,
ATLANTIC COAST RADIO LLC,
TOWN OF BRUNSWICK,
MAINE RSA 1, INC.,
NEXTEL COMMUNICATIONS,
CRITICAL ALERT SYSTEMS LLC,
ATT&T WIRELESS SERVICES INC,
ACTIVE COMMUNICATIONS,
RADIO COMMUNCATIONS MGMT.

Defendants

**2:12-CV-00320-DBH**

AFFIDAVIT OF MATERIAL FACTS

REGARDING

THE DICK ACT OF 1902

AND

MOTION FOR INJUCTIVE RELIEF

**AFFIDAVIT OF MATERIAL FACTS - THE DICK ACT OF 1902**

NOW COMES the following pro se Plaintiffs: (1) F. William Messier (2) David E. Robinson (3) Maine Republic Free State, by David E. Robinson, presenting the following Affidavit of Material Facts Regarding the Dick Act of 1902 & Motion for Injunctive Relief - for the Record and for the People . . .

This filing is a transcript of a recent video presentation by a patriot whose name will be withheld feasons of security until such time as an unnecessary public trial should take place . . .

— — —

**THE DICK ACT OF 1902**

1. There's a lot of stuff that's happening out here in our old system.

2. I'm here to let you know that the Dick Act has never been repealed, and it cannot be repealed. This Act guarantees you your rights to any type of arm that you want.

3. I didn't say weapons. I didn't say firearms. I said arms. Understand the word difference in phrasing about what we're talking about here.

4. Ladies and gentlemen, this is very significant, very significant. What we are running into as an issue is that they cannot regulate what you and I own and what you and I have or however many, as long as you pay for them. And you don't have to sit here and keep records, cause they already have the records whenever you bought them.

5. The bottom line is you can buy them from anybody and that is how it works.

6. The Dick Act of 1902 under House Resolution 1165.4 comes back in and starts out with the basic cure. It puts a lot of restrictions on their side effects.

7. The Dick Act of 1902 also know as the Efficiency of Militia Bill, House Resolution 1165.4 of June 28, 1902, invalidates *all*... invalidates all so-called gun control laws. It also divides the militia into three distinct separate entities.

8. The 1968 gun law that got passed in 1968: This invalidates it.

9. The three classes under HR 1165.4 provide for (1) the organized militia henceforth known as the national guard for the state territory of the District of Columbia, (2) the unorganized militia, and (3) regular army [the military].

10. The militia encompasses every able-bodied male between the age of 18 and 45 but it does go up higher than that because you've got military officers hired who now come into discrimination.

11. All members of the unorganized militia are to be... are to have the preferable right of the Second Amendment to keep and bear arms of any type and as many as they can afford to buy. It doesn't say you have to have a receipt. If you can afford to buy them your entitled; if it costs you a buck or if it costs you a penny, you're buying them. You can have them.

12. The Dick Act of 1902 cannot be repealed; to do so would violate the Bill of Attainders; and ex-pro-facto laws would be yet another gross violation of the United States Constitution and the Bill of Rights.

13. The President of the United States has zero authority . . . zero authority . . . zero authority, without violating the Constitution, to call the national guard to serve outside of the borders of the United States.

14. That also gives the President zero authority to regulate the ability to own certain arms, like AKs, and ARs. He has no authority to go out and say we're going to ban . . .

15. No! You don't have a right to ban these. You don't have that authority. This would violate the Constitution, and violate the Bill of Attainders.

16. But ladies and gentlemen, this law is in full force and effect. It has been since 1902.

17. For those of you who wonder, it falls back under volume 32 of Public Law 33, Chapter 196; under Public Law 33.

18. Ladies and gentlemen, we have an absolute right to the Second Amendment. You do not have to have a gun permit. You don't have to have permission. The problem is, how many of you are going to sit here and fight this? How many of you are willing to stand up and stand your ground on this? This is just like the Driver License issue.

19. ATF? Whoops! Is that another administrative agency? An ATF? Is this another administrative agency that's regulating your ability to be able to own anything?

20. Doesn't this fall back under Public Law 148, Stat. 1, State of Emergency, where they turn around and the President gives agencies the authority to regulate? Isn't ATF an agency? Aren't they trying to regulate you? Isn't it an administrative agency that's dragging you in? Isn't there supposed to be an administrative court? Are you supposed to be an employee?

21. This regulation goes back on the police officers. It goes back on the sheriffs. It goes back on law enforcement. It does not come back in because remember what we said here — "a well regulated" militia, national guard, unorganized militia, and the military.

22. It does not use the word law enforcement. It does not give law enforcement the right to carry anything. They're not militia. They're not supposed to be a military force because that's not what they're calling them; they're calling them a police department. They're not calling them military. They're not

calling them militia.

23. What authority does a police officer have to have an AR15 fully automatic or anything else out here? What gives them the right to even carry a firearm? What allows them the right to carry a pistol? Stop and think about what I am saying here, ladies and gentlemen.

24. I'm not the one who wrote these laws and rules and regulations up. It goes right back in to their side. These are their public laws, they created it. There's nothing in the law that gives the law enforcement the ability to pack any type of pistol, shotgun or rifle, AR15, or anything else.

25. There's nothing in the 'reg' that allows them to carry. They took it upon themselves, the lawyers did. The judges took it upon themselves to arm their own personal army against the civilian population in violation of the Lieber Code.

26. Think about what we're getting into here for a debate. Think about what we're getting into here for an argument with these people. These people don't have the right to come into your house and take your stuff out of your house. That is not within their regulations and not within their right. They are in violation of public law. They do not have the authority to come in and do that.

27. On Thursday, October 4, 1917, Mr. Gordon, Mr. Speaker on pages 6836-6840 of the Congressional Records of September 10, 1917, the address of Charles E. Hughes delivered to an annual meeting of the American BAR association was printed.

28. In the address, Mr. Hughes said that the militia within the means of this provisions of the Constitution is to speak from the army of the United States.

28. Remember always, said Daniel Webster, that the great Principle of the Constitution on that subject is that the militia is the militia of the states, and not that of the government. And this being the militia of the state, there is no part of the Constitution worded with greater care and more scrupulous jealousy than that was granted which limited the power of Congress over it.

Mr. Hughes then continued:

29. In order to execute the laws of the Union to suppress insurrection and rebellion, and invasion, it would be necessary to employ regular troops or to employ the militia, and the power given to Congress with respect to the militia was manifested to make a large standing army unnecessary, but as the service of the organized list can only be regulated by the national government for the limited purposes specified in the Constitution, it follows that the attorney general advised President Taft that the organized militia as

such cannot be employed for offensive wartime outside of the limits of the United States.

30. By his own admission and by the citings of Daniel Webster's opinion, Attorney General Mr. Hughs just effectively disproved and discredited the very point he attempted to establish to wit: — that by drafting the militia or any part of it these men can be divested of the protection of the Constitution of the United States drawing around them by limiting the use within the federal government, may make [more] of the militia *suppressing insurrection and rebellion and invasion* than executing the laws of the United States.

31. The militia, not police department, not law enforcement, the militia is supposed to be enforcing the laws of the United States. There is nothing in here that allows law enforcement. That now becomes a private army, that is arming a private army — that it is the militia that is to enforce the laws.

32. I'm not saying it; it is right here in the paperwork. The militia was set up for accountability. The militia was set up for the Lieber Code to come into these public offices to ensure that these people would not violate the people's rights, and if they did and they got caught, the militia was to take them out and under the Lieber Code was to execute them immediately.

33. This isn't me saying this. This is what is written by their side. These are their written words. Not yours and not mine.

34. This was created by the Bar Association, which is the barristry, the lawyers, the communist party. They are the ones who wrote this up. Not you and I.

35. We are not supposed to have law-enforcement. It's supposed to be militia out here enforcing it. And your police department are not militia, because they're under the control of the judges. Not under the control of the military. The militia is under the control of the Adjutant General, not the local judge.

36. Now stop and think about what I am telling you people out here. Comprehend what's being said.

37. The term militia as used in the Courts of the United States includes every able bodied male citizen capable of bearing arms. And those have been further defined by the statutes of the United States and active since the adoption of the Constitution as all males capable of bearing arms between the ages of 18 and 45; that was back in that time period.

38. After the War of 1812 with England had progressed by 2-1/2 years an attempt was made by Congress to pass a bill, but lost, to allow the President to draft the youth between the ages of 18 and 45,

upwards of 100,000 men, with whom he proposed the invasion of Canada the enemy territory. But ladies and gentlemen, your law enforcement . . . your law enforcement is your militia . . . not your local police department . . . not your local sheriff department.

39. Your law enforcement comes from the militia. Your unorganized militia. Your national guard. These are the ones who are supposed to be enforcing the laws of this country. And they don't come under the jurisdiction of the Bar Association, and they don't come under the jurisdiction of the local judge.

40. That Dick Act of 1902 cannot be repealed. It invalidates ALL gun laws, including the 1958, including the ban on what they call assault rifles. There is no "banned". The sooner you people can understand the Dick Act and its like everything else — this falls back on an administrative agency, which is the President who is trying to regulate your right to the Second Amendment.

41. You have absolute authority to own what ever you want to own and own however many you want to own as long as you're paying for 'em, and it doesn't give a dollar amount.

42. It doesn't matter whether you traded for it. They can't come in... "Oh! You've got 40 weapons, so we have to . . .

43. Oh, No! You don't have the right to confiscate squat . . . No. 1, you are a police department and there is no authorization in the Constitution, and there is no authorization in the Militia Act that allows a law enforcement to be created.

44. Now this is something that none of you people gave any thought to. This is something you've never sat down and given one iota of thought to, but yet I'm sitting here and broadcasting it out to you and I'm reading the Congressional Record that comes back in and that backs this stuff up; there is not place out here that allows law enforcement.

45. This is a private standing army created by the Bar association. This leaves it up to the American people to determine what's real and what's wrong.

46. But ladies and gentlemen, again, this isn't me saying it. We're going back into all their Congressional Records, we're going back into their own terminology.

47. They can not go back into all the Congressional Records without violating the Second Amendment. They can not disarm the American people!

48. If you choose to give it up that's your choice. I realize that a lot of you out here may, with so

much of this stuff going on in this country. Something you may not have given any thought about is that this stuff may be set up for government sleeper cells where they have come in and hypnotized people to come out at certain times in order to create a problem.

49. It goes right back in to "Wag that Dog". Let's go create an issue to get something off the President. Let's go create an incident because there's more and more stuff coming out about this Connecticut issue.

50. The problem about it is this: our system has lied to us on everything. And if they were to start telling us the truth we wouldn't be here to believe them anyhow because they've lied.

51. But ladies and gentlemen, we're sitting on the documentation. I'm telling where its at. The Dick Act of 1902 Dick Act.

52. We're sitting on the Congressional Records, among this of what we're talking about. There's a whole file on the Dick Act that I have that clearly comes back and shows they cannot disarm the American people. They don't have the authority. They don't have the right. They don't have anything that they can come back in and do, to justify anything that they're doing.

53. Ok. It was in 1917 Congressional Records, on the Senate, September 10, 1917. Starts out on 6836 and goes to 6840, and talks about the 1902 Dick Act. This was in 1917, but ladies and gentlemen, do not be played as a fool. Do not sit there and allow them to come in and regulate you on what you can have and what you cannot have and come in and raid because this is a direct violation.

54. And I'm going to remind you people of the word *firearm.* For those who have not heard this, I want you to look at Title 27 CFR. Title 27 CFR, Code of Federal Regulations. I want you to look under 479.11, definition of the word *firearm.* That is, I also want you to get into Title 26 USC, Code 58.45. A firearm is a modified shotgun of a barrel 18 inches or less overall length less than 26 inches; a modified rifle of a barrel 18 inches or less overall length less than 26 inches; a fully automatic machine gun and a silence. These are what are classified as a *firearm.*

55. Then they have other titles of destructive devices, and rifles and pistols.

56. But they have them separated for what they are. But the only things that are listed as *firearms* are four entities: 1: a modified shotgun, 2: a modified rifle, 3: a fully automatic machine gun, and 4: a silencer. These are your *firearms.*

57. But you know what? The Dick Act of 1902 blows that right out the window because under the

Dick Act you can have these. Ooops! (You weren't to know that).

58. Ladies and gentlemen, we've been lied to. Shanghaied, and bamboozled by the system so bad, by the Bar Association, by the lawyers, your lawyers won't bring any of this stuff up. Your judges will suppress this, because if it ever gets out and people really start understanding it, like they would the bankruptcy of 1933, and the Federal Reserve Act of 1913, with FRNs as strictly internal strictly for the banks alone, and you're not supposed to have any of them in your pockets. If you really understood this and the system, and understood that you understood it, ladies and gentlemen, there would be an uprising in this country. There would be a civil war. There would not be a lawyer or a judge out here that would be in this country.

59. If you people really truly would start pulling your head out of your butt and understanding the simplicity how simple this stuff really truly is, and learn how to argue it and how to stand your ground, there is no place in any of these laws that allows the police department to even come back into effect, there's only one place, and it's in the Constitution that dealt for the sheriff, but that is for prisons. That's for prisons. That's for prisons. That's for protection in the courts. They don't have the arresting authority out here. They're to serve papers on you. But there's nothing out here that allows a police department to be formed. It is strictly militia that is supposed to be enforcing the laws. And that comes under the Adjutant General. Ladies and gentlemen, start getting a grasp of what we're talking about, start getting and comprehending what we're talking about here.

60. Start understanding their written regulations; their written laws; their written intent. Start understanding the significance. That Dick Act of 1902, ladies and gentlemen, this is the biggest thing that we have coming in as a private attorney general and bounty hunter. This is in the same significant area.

61. That's it. There's no place in the laws that we come across that law of law enforcement. Your militia is supposed to be your law enforcement.

62. You and I are our militia. You and I are our unorganized militia. You and I are the enforcement.

63. Whoops! What did I sit here an tell you? You and I are the enforcement? You and I are a militia. You and I are the unorganized, you and I are the enforcement.

64. But we're now organized. And even if we're supposed to be unorganized we're still not organized enough to know that we are the enforcement, because we're still dealing with the Bar

Association. We're still dealing with the judges, and the lawyers. You and I are supposed to be the enforcement. You and I are the ones who are supposed to be sitting down and putting down insurrection and rebellion.

65. And these judges and lawyers, they are committing insurrection and they are in rebellion. They have overthrown our government. They have overthrown our system. They have embezzled our name, they have embezzled everything off us out of our account under the bankruptcy. They've stolen our identity, they keep doing human trafficking.

66. What are you going to do about it? Ladies and gentlemen, We need to start getting a better understanding of what the laws are, and how they are written, and how they are to be applied.

67. We need a better understanding. We need people to start joining forces and start standing up and we need to start working together. We need to start backing one another the best we can.

68. I'm giving you the best education. I'm telling you where this stuff is at. I'm trying to sit down and work with you people.

69. Donations. I'll take all the donations that I can get. To fit to my time being involved here to help educate. For those who want to donate, it goes back to P.O. Box 435, High Shoals, North Carolina 28077.

70. Ladies and gentlemen, we need workshops up on this. We need workshops up on the Dick Act. We need workshops up on Drivers License. We need workshops up on the State of Emergency. We need workshops up on Child Services. We can't do this all as one. We have to break this thing down per topic.

71. They give you 2-3 days to comprehend. But if you can understand the state of emergency you understand that 1913 Federal Reserve Act and you understand the State of Emergency where the President gave *agencies* the right to regulate.

72. Again, *agencies,* ATF; IRS; DOT; DMV; Child Services; your local county ordinances, that come in for code enforcement. These are all *agencies.* Everything you are dealing with is an *agency* out of that State of Emergency. Everything.

73. *You're not dealing with real people. You're dealing with an agency.* And these judges don't want of admit this. Why? *Because if you start understanding this you've got them in fraud,* because your not part of the administration. *They can only regulate their own.* They have no subject matter over

the private citizen. These *agencies* are strictly for them and them alone.

74. There is nothing in the Dick Act that allows law enforcement to have any type of weaponry on their hip, whether it's a pistol, whether its a revolver, whether its AR, whether its a shotgun.

75. They're not entitled ‘cause there's nothing in the law enforcement and their Dick Act that allows them, it is strictly militia and militia only. That's your law enforcement, ladies and gentlemen

76. Give it some thought about what we're talking about. Give it some thought because we got a lot of militia people out here. We have an awful lot of militia people.

77. Go back and understand your rule. Go back and understand your purpose, what you function is, Understand what's your purpose and function. You're supposed to be in law enforcement. You have the authority over insurrection and rebellion to put it down. What are these lawyers and these judges doing? This is insurrection and rebellion. What are these bankers doing but insurrection and rebellion.

78. They stole your identity. They stole your birth name. They're swindling your inheritance. They're swindling your trust.

79. If you want to oppose these people, get educated. Get knowledgable. Understand what this stuff is all about. Learn how to come back in and apply it. Learn to come back in and start getting organized, and start working in a group.

80. I'm trying to break these things down to hopefully give you a better understanding. You can go back and do a little bit of research and grasp what is being said.

81. Ladies and gentlemen, I can only go so far. I can give you the information. You have to come back in and look it up yourself. And you want to get some workshops up. Otherwise take what I'm giving you. And comprehend it. I've learned this stuff on the same manner as what I'm teaching you.

82. I learned how to go do my own research.

83. But ladies and gentlemen, the choice is your. We're not trying to advocate anything here other than to stick up for your rights and don't allow them to violate their own rules and regulations, their own guidelines. And ladies and gentlemen, that is exactly what they are doing. They're violating their own statutory law when it come down to you and me. They're depriving you and me of our rights under the Bill of Rights and under their own regulations that can only apply to them.

84. So I've given you enough here today for a basic understanding. That everything we're dealing with deal with *agencies,* that all come out of that State of Emergency under §2, that Public Law

148, Stat 1, upon the banking issue of war or defense, or State of Emergency. The President can sit here and point to an *agency* to regulate. ATF, IRS, DOT, DMV, Child Services; all this falls under the State of Emergency.

85. Comprehend it. Grasp it. Understand it and the rest of this stuff will fall into place for you. The rest of it will go Click. Click.

86. THEREFORE, based upon the information provided in the Dockets above — I, David Everett Robinson, Move this Court to ISSUE A DECLARATORY INJUNCTION ordering the Payors to send the lease payments to MESSIER where they belong until this issue regarding the complaint of misappropriation of funds and the fraud of the Internal Revenue Service — and my Right to Use my Mutual Offset Credit Exemption Exchange (MOCEE) for the discharge and settlement of the accounts of my friends, is resolved.

Respectfully,
DAVID E. ROBINSON
**/s/ David Everett Robinson**
Authorized Representative

Needless to say, we Mainers would like to know where the two elected Senators from Maine and the sixteen elected County Sheriff's of Maine stand on this critical issue of Gun control.

For the Second Amendment to the U.S. Constitution and the Dick Act of 1902? Or for the New World Order Federal Cabal?

Maine Republic Email Alert No.344

"... that I should bear witness unto the truth." — John 18:33 // David E. Robinson, Publisher

"... if the trumpet give an uncertain sound, who shall prepare himself for battle?" — I Corinthians 14:8 — 01/04/13

# Timothy Geithner, Secretary of the U.S. Treasury, blows the whistle on other members of the Cabal !!!



*So... Drake tells us that Timothy Geithner, Secretary of the Treasury, is resigning and reassigning in safety because he's been blowing the whistle on other members of the cabal.*

*Thank you, Drake, for this informative information. We look forward to hearing more in this vein.*

*Three cheers of Timothy!!!*

*It takes great courage to do what Timothy's done. Expect others to have a likewise change of heart in the coming weeks.*

*To "change one's mind" is the true meaning of the scriptural word, "repent." We love you for it, Timothy — have no fear.*

**Geithner – Financial News**

To Whom It May Concern,

I (Drake) 'reported' this story on my Wednesday show on 12/26/12.

The idea was to offer some real actions as my listeners have been demanding.

As many of you know, I will NOT offer detailed intelligence that would endanger those who trust me to be discrete.

My contacts can be sure of that.

http://tinyurl.com/au8awl4

This article has been posted on the Universal Voice Facebook page.

I feel that those who now know that the intel I do supply is real, deserve to know some more of the facts about this.

– Hans Nichols; many would like to know how a hill-jack in the woods knows more than the boys on the beltway? Little birdies in his ear?

You are welcome for this first part.

- In addition, Geithner is getting out of Dodge, but is not going to New York. His father, Rich, got him his new job with the European Union Economic Commission.

Geithner was granted Immunity and has been making Sworn Statements to officials about nefarious [CRIMINAL] actions within our government for about a year now.

There will be more 'financial news' as it can be offered.

~ Drake http://tinyurl.com/a27qtre

Maine Republic Email Alert No.341

"... that I should bear witness unto the truth." — John 18:33 // David E. Robinson, Publisher

"... if the trumpet give an uncertain sound, who shall prepare himself for battle?" — I Corinthians 14:8 — 01/03/13

# No Ma'am — Senator Dianne Feinstein !

## Awesome: Cpl. Joshua Boston, United States Marine Corps sends letter to Feinstein



**Joshua Boston**

JOSHUA BOSTON was a Marine deployed to Afghanistan between the years of 2004 through 2005.

Although he is no longer in the military he acknowledges that he owns gun.

He says he does not believe the government needs to know what guns he owns because he believes registration would lead to confiscation.

He says the laws that are in place for gun control are plenty, and adding more laws will remove a means of defense for people.

"I own the guns I own because I acknowledge mankind's shortcomings, instead of pretending like they don't exist. There are evil men in this world and there just may be a time when I need to do the unthinkable to protect me or my family," he said.

Joshua's letter to the Senator:

Senator Dianne Feinstein,

I will not register my weapons should this bill be passed, as I do not believe it is the government's right to know what I own. Nor do I think it prudent to tell you what I own so that it may be taken from me by a group of people who enjoy armed protection yet decry me having the same, to be a crime.

You ma'am have overstepped a line that is not your domain. I am a Marine Corps Veteran of 8 years, and I will not have some woman who proclaims the evil of an inanimate object, yet carries one, tell me I may not have one.

I am not your subject. I am the man who keeps you free. I am not your servant. I am the person whom *you* serve. I am not your peasant. I am the flesh and blood of America.

I am the man who fought for my country. I am the man who learned, I am an American. You will not tell me that I must register my semi-automatic AR-15 because of the actions of some evil man.

I will not be disarmed to suit the fear that has been established by the media and your misinformation campaign against the American public.



*"ad Christi potentium et gloriam"*
*(for the power and glory of Christ)*

Maine Republic Email Alert No.343

"... that I should bear witness unto the truth." — John 18:33 // David E. Robinson, Publisher

"... if the trumpet give an uncertain sound, who shall prepare himself for battle?" — I Corinthians 14:8 — 01/04/13

# What would happen if the Government tried to confiscate our guns?

What Would Happen if the Government Banned Firearms and Tried to Confiscate Our Guns?

If you read the summary of Sen. Diane Feinstein's proposed assault weapons ban (read it on her Senate page http://tinyurl.com/d924o4b ) it's very clear that — despite having no idea what an assault weapon actually is, or how it differs from a semi-automatic hunting rifle (hint: it doesn't) — Feinstein's ultimate motive is no different than it was back in 1995 when she was for the *complete* ban and confiscation of ALL weapons from American citizens:

Dianne Feinstein: "If I could have gotten 51 votes in the Senate of the United States, for an outright ban, picking up [every gun]... Mr. and Mrs. America, turn 'em all in."

I was discussing Feinstein's newest assault on our second amendment rights last night with some neighbors — men who have spent more hours hunting and shooting guns than most people spend watching television. Then I brought up this 1995 video. Our conversation naturally turned to "what if..." scenarios and how they would unfold.

As in, "What if...the government banned all semi-automatic weapons and ordered them be turned in or confiscated from US citizens who would not do so voluntarily?"

We all quickly agreed a violent revolution and rebellion would occur almost immediately. Most, if not all,



A rifle behind every blade of grass. And blending into every tree.

members of Congress who voted for the ban/confiscation would be assassinated.

Tens of millions of Americans would refuse to comply with an order that is clearly a violation of the explicit intent of the Second Amendment.

Among the most ardent opposing these measures would be military veterans, active duty servicemen, and local law enforcement officers. Many of these individuals would refuse to carry out what they view as Constitutionally illegal orders.

40-50 million citizens would view such a law as treason. Ten percent of those, 40-50 million, would support a rebellion in some way, and maybe 40,000-100,000 Americans would form small independently-functioning active resistance cells, or become lone-wolves.

They would be leaderless, stateless, difficult to track, and considering the number of military veterans that would likely be among their number, extremely skilled at sabotage, assassination, and ambush.

After a number of carefully-planned, highly-publicized, and successful raids by the government, one or more would invariably end "badly." Whether innocents were gunned down, a city block is burned to ash, or especially fierce resistance leads to a disastrously failed raid doesn't particularly matter. What matters is that when illusion of the government's invincibility and infallibility is broken, the cabal hunters would become the hunted.

And the very first prey that would find themselves in the scopes of the rebels would be the members of Congress who passed this ban and the members of the media who have been their willing mouthpieces and agents of propaganda.

You Liberals might think this is a lot of swagger and bravado, and that no way would citizens be able to rise up and violently over-throw a tyrannical government — that's because you don't understand or know men that grew up hunting; inherited the rifles and handguns that were handed down from their grandfathers to their fathers and who are teaching their own sons how to hunt and shoot; men who spent a part of their life in uniform, learning military tactics while promising to defend the Constitution from enemies *both* foreign *and domestic*.

And I can promise you that I would not obey any order that required me

to register, insure, or turn in my guns. And I *would* join my neighbors and community in any uprising to defy this usurpation, as instructed by our own Declaration of Independence:

"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.

–That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,

–That whenever any Form of Government becomes destructive of these ends, **it is the Right of the People to alter or to abolish it, and to institute new Government,** laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness."

The oath I took as a Soldier to support and defend the Constitution of the United States against all enemies, foreign and domestic…did not end when I left the military.

But, go ahead, Ms. Feinstein, just go ahead and try to confiscate the guns of tens of millions of law-abiding, freedom-loving citizens.

I just hope you've seriously considered the consequences.




# Gun Carry In The USA

## Your Right to Self-defense

**Authored by David E. Robinson**

AMENDMENTS ELIMINATED BY THE PATRIOT ACT

**1st.** Freedom of religion, assembly, and the press.

**4th.** Freedom from unreasonable searches and seizures.

**5th.** No person to be deprived of life, liberty or property without due process of law.

**6th.** Right to a speedy public trial by an impartial jury, right to be informed of the facts of the accusation, right to confront witnesses and have the assistance of counsel.

**8th.** No excessive bail or cruel and unusual punishment shall be imposed.

**14th.** All persons (citizens and non citizens) within the US are entitled to due process and the equal protection of the laws.

https://www.createspace.com/3610190

**Back Issues are available here**

http://www.scribd.com/maine_patriot_press



*"ad Christi potentium et gloriam"*
*(for the power and glory of Christ)*

Maine Republic Email Alert No.345

"... that I should bear witness unto the truth." — John 18:33 // David E. Robinson, Publisher

"... if the trumpet give an uncertain sound, who shall prepare himself for battle?" — I Corinthians 14:8 — 01/04/13

# What would happen if the Government tried to confiscate our guns? - Part II

What Would Happen if the Government Banned Firearms and Tried to Confiscate Our Guns?

Unnamed citizens and federal agents would be the first to die, and they would die by the dozens and maybe even hundreds, but famous politicians would soon join them in a spate of revenge killings, many of which would go unsolved.

Ironically, while the gun grab was intended to keep citizens from preserving their liberties with medium-powered weapons, it completely ignored the longer-ranged rifles perfect for shooting at ranges far beyond what a security detail can protect, and suppressed .22LR weapons proven deadly in urban sniping in Europe and Asia.

While the Secret Service will be able to protect the President in the White House, he will not dare leave his gilded cage except in carefully controlled circumstances. Even then he will be forced to move like a criminal. He will never be seen outdoors in public again. Not in this country.

The 535 members of the House and Senate in both parties that allowed such a law to pass would largely be on their own; the Secret Service is too small to protect all of them, and their families; the Capitol Police too unskilled; and competent private security would not be particularly interested in working against their own best interests at any price.




Firearms are not for Burning!

Firearms are for defense against Tyrants!

The elites would be steadily whittled down, and if they could not be reached directly, the targets would become their staffers, spouses, grand-children and children. Grandstanding media figures, loyal to the regime, would die in droves, executed as enemies of the Republic.

You could expect congressional staffs to disintegrate within just a few shootings, and expect elected officials themselves to resign well before a quarter of their number were eliminated, leaving us with a boxed-in executive, with his cabinet loyalists trapped in the same win, die, or flee the country circumstance; military regime loyalists; and whatever State Governors who desire to risk their necks as well.

Here, the President would doubtlessly order the activation of National Guard units and the regular military to impose martial law, setting the largest and most powerful military in the world against its own people.

Unfortunately, the tighter the President clinches his tyrannical fist, the more rebels he would make.

Military commands and federal agencies would be whittled down, as servicemen and agents desert or defect. Some might leave as individuals, others might join the Rebellion in squad and larger-sized units with all their weapons, tactics, skills, and insider intelligence.

The regime would be unable to trust its own people, and because they could not trust them, they would lose more in a vicious cycle of revengeful collapse.

Some of these defectors would be true "operators," with the skills and background to turn ragtag militia cells into the kind of forces that decimate loyalist troops, allowing them no rest and no respite, striking them when they are away from their most potent weapons.

Military vehicles are formidable, but they are thirsty beasts, in terms of fuel, ammo, time, and maintenance. Tanks and bombers are formidable only when they have gas, guns, and can be maintained.

In a war without a front, logistics are incredibly easy to destroy, and mechanics and supply clerks are not particularly adept at defending themselves.

Eventually, the government would turn upon itself. The President would be captured or perhaps killed by his own protectors. Another dictatorship would form in the vacuum.

If we were fortunate, the United States of America, or whatever amalgam might result, would again try to rebuild. If we were very fortunate, the victors would reinstate the Constitution as the law of the land.

Just as likely though, we might face fractious civil wars fought over issues we've not begun to fathom, and a much diminished state or states would result, perhaps guided by foreign interests.

It would not be pretty. There would be no "winners," and perhaps hundreds of thousands, to millions of dead.

Yet, this is the future we face if the power-mad among us are not soundly defeated at the ballot box before they affect more "change" than we, the People, are willing to surrender to would-be tyrants.







# Gun Carry In The USA

## Your Right to Self-defense

**Authored by David E. Robinson**

AMENDMENTS ELIMINATED BY THE PATRIOT ACT

**1st.** Freedom of religion, assembly, and the press.

**4th.** Freedom from unreasonable searches and seizures.

**5th.** No person to be deprived of life, liberty or property without due process of law.

**6th.** Right to a speedy public trial by an impartial jury, right to be informed of the facts of the accusation, right to confront witnesses and have the assistance of counsel.

**8th.** No excessive bail or cruel and unusual punishment shall be imposed.

**14th.** All persons (citizens and non citizens) within the US are entitled to due process and the equal protection of the laws.

https://www.createspace.com/3610190